**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:08-CR-332-JCM (GWF) |
| WAYNE LAMARR GANAWAY, | ) |
| Defendant. | ) |

**ORDER OF FORFEITURE**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from WAYNE LAMARR GANAWAY a criminal forfeiture money judgment in the amount of $4,128,554.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A) and (a)(2)(B); and Title 21, United States Code, Section 853(p).

DATED April 11, 2012.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Heidi L. Skillin, certify that the following individuals were served with copies of the Order of Forfeiture on April 6, 2012, by the below identified method of service:

<u>Electronic Filing</u>

Jason F. Carr
Monique N. Kirtley
Brenda Weksler
Assistant Federal Public Defenders
411 E. Bonneville, Suite 250
Las Vegas, NV 89101
ECF_Vegas@FD.ORG
Monique_Kirtley@fd.org
Karen_Brokaw@fd.org
*Counsel for Dwight Ramon Pollard*

David T. Brown
Brown, Brown, & Premsrirut
520 S. Fourth Street, Second Floor
Las Vegas, NV 89101
master@brownlaw.com
*Counsel for Jeffrey Curtis Bigsby*

Osvaldo E. Fumo
Osvaldo E. Fumo, Chtd
1212 Casino Center Boulevard
Las Vegas, NV 89104
ozzie@fumolaw.com
*Counsel for Gainu Adisa Kosoko*

Mario D. Valencia
Law Office of Mario D. Valencia
1055 Whitney Ranch Drive, Suite 220
Henderson, NV 89014
mario_valencia@cox.net
*Counsel for Wayne Lamarr Ganaway*

Amy Chelini
Law Office of Amy Chelini
630 S. Seventh Street
Las Vegas, NV 89101
chelinilaw@hotmail.com
*Counsel for Gainu Adisa Kosoko*

Todd M. Leventhal
Flangas & Leventhal
600 South Third Street
Las Vegas, NV 89101
todlev@yahoo.com
*Counsel for Anjali Yasmin Aurora*

/s/HeidiLSkillin
HEIDI L. SKILLIN
Forfeiture Support Associates Clerk